UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| AKEEM DEONDREA BODDIE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:23-cv-00207-JRS-MJD |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner.

The petitioner's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 2/7/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

AKEEM DEONDREA BODDIE
238755
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

Caroline Templeton
INDIANA ATTORNEY GENERAL
caroline.templeton@atg.in.gov